Kristin A. Schuler-Hintz, Esq., Nevada SBN 7171
Christopher M. Hunter, Esq., Nevada SBN 8127
McCarthy & Holthus, LLP
811 South Sixth Street
Las Vegas, NV 89101
Phone (702) 685-0329
Fax (866) 339-5691
KHintz@mccarthyholthus.com

Attorney for Defendants

# IN THE UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JANET N. WINTER, | Case No.: 2:11-cv-00736-KJD-PAL |
| Plaintiff, | |
| vs. | |
| STEARNS LENDING, INC.; VANTIUM CAPITAL, INC.; QUALITY LOAN SERVICE CORPORATION; PACIFICA L. NINETEEN, LLC; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.; DOES 1 through 1000, inclusive, | **ORDER GRANTING MOTION TO EXPUNGE LIS PENDENS FILED BY DEFENDANTS** |
| Defendants | |

Defendants, Mortgage Electronic Registration Systems, Inc. ("MERS"), Quality Loan Service Corporation ("Quality"), Vantium Capital, Inc. ("Vantium") and Pacifica L. Nineteen, LLC ("Pacifica" and collectively "Defendants"), by and through its counsel of record, Christopher M. Hunter, Esq., of McCarthy & Holthus, LLP, filed a Motion to Expunge Lis Pendens on March 8, 2012 (Docket No. 30). The Docket Report indicates that a Response to Defendants' Motion to Expunge Lis Pendens was due by March 25, 2012.

The Court having considered the moving papers, its own files, and good cause appearing, rules as follows:

- 1

1    Pursuant to Local Rule 7-2(b), any Response and/or Opposition to Defendants' Motion to
2 Dismiss was required to be filed with the Court and served within fourteen days after service of
3 the motion.  No Response and/or Opposition has been filed by the Plaintiff regarding this matter.
4 Pursuant to Local Rule 7-2(d), the failure of an opposing party to file Points and Authorities in
5 response to any Motion shall constitute consent to the granting of the motion.

6    IT IS THEREFORE ORDERED, that based on the foregoing, Defendants' Motion to to
7 Expunge Lis Pendens is GRANTED and the lis pendens filed by Plaintiff against the real
8 property known as 9920 Camino Loma Verde Ave., Las Vegas, NV 89117 on April 29, 2011 in
9 the public records of Clark County, Nevada as document number 201104290002110 is hereby
10 expunged and shall be of no further force or effect.

11    IT IS SO ORDERED this __28__ day of __March__, 2012.

UNITED STATES DISTRICT JUDGE

- 2 -